FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Ronald Tuttle

(Enter above the full name of the plaintiff in this action)

V.

"CO" "Tuttela"-

(Fort Dix NJ. FCI "Co")

(Enter the full name of the defendant of defendants in this action)

COMPLAINT

Civil Action No. _____

(To be supplied by the Clerk of the Court)

---

## INSTRUCTIONS; READ CAREFULLY

1.     This complaint must be legibly handwritten or typewritten, signed by the plaintiff and   subscribed to under penalty of perjury as being true and correct.  All questions must be answered concisely in the proper space on the form.  Where more space is needed to answer any question, attach a separate sheet.

2.     In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.     You must provide the full name of each defendant or defendants and where they can be found.

4.     You must send the original and one copy of the complaint to the Clerk of the District Court.  You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.     Upon receipt of a fee of $400.00 (a filing fee of $350.00, and an administrative fee of   $50.00), your complaint will be filed.  You will be responsible for service of a separate summons and copy of the complaint on each defendant.  See Rule 4, Federal Rule of Civil Procedure.

---

6.     If you cannot prepay the $400.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis.  See 28 U.S.C. §1915.  (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.     If you are given permission to proceed in forma pauperis, the $50.00 Administrative Fee will not be assessed.  The Clerk will prepare and issue a copy of the summons for each defendant.  The copies of summonses and the copies of the complaint  which you have submitted will be forwarded  by the Clerk to the United States Marshal, who is responsible for service.  The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant.  If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.    Jurisdiction is asserted pursuant to (CHECK ONE)

_____  42 U.S.C. §1983 (applies to state prisoners)

__X__  Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

_____

1b.    Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee

___ Civilly-committed detainee

___ Immigration detainee

___ Convicted and sentenced state prisoner

_X_ Convicted and sentenced federal prisoner

___ Other: (please explain)_____

2.    Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a.    Parties to previous lawsuit:

Plaintiff(s): _____ N/A _____

Defendant(s): _____ N/A _____

b.    Court and docket number: _____ N/A _____

c.    Grounds for dismissal: ( ) frivolous    ( ) malicious

( ) failure to state a claim upon which relief may be granted

d.    Approximate date of filing lawsuit: _____ N/A _____

e.    Approximate date of disposition: _____ N/A _____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.    Place of Present Confinement? _Oakdale, LA (Oakdale FcI)_

4.    Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a.    Name of plaintiff: _Ronald Tuttle_

Address: FcI-Oakdale 2, P.o. Box 5010, Oakdale, LA. 71463

Inmate#: 22260-055

b.   First defendant:

Name: Officer Tuttela

Official position: "CO"

Place of employment: Fort Dix NJ (FcI)

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that Officer Tuttela — violated your constitutional rights?) Violated my 8th Amendment Rights As Follows:

"Officer" "Tuttela": Sexually Assaulted me on Sunday December 16, 2018 in SHU Ft. Dix At 9Am in Shower In front of witness officer Rayfield - 2ft Away And witness Walter Emery #10112-082 (5ft Away) "Officer Tuttela - "Reached into Shower And pulled on my penis As Hard As He Could Ripping Pubic Hair Away As well - Clearly This Violated 8th Amendment Rights - Crual And Unusual Punishment of mine!!

c.   Second defendant:

Name: N/A

Official position: _____

Place of employment: _____

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

_____
_____
_____
_____

d.   If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

X Yes ____No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

I exhausted Administrative Remedles As Such oR Follows:
#1) Administrative Remedy Coordinator - Oakdale II FCI - Remedy - PREA -
- Sexual Abuse By Staff Remedy ID# 1002927-F1   1/22/20
#2) South Central Regional office - Remedy ID# 1002927-R1   2/11/20
#3) Central office - Remedy ID# 1002927-A1 - Response May 15/2020

If your answer is "No," briefly explain why administrative remedies were not exhausted.

_____

_____

_____

_____

6. Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

At fort DiX NJ FCI on Sunday December/16, 2018 At 9Am I was Sexually Assaulted By officer Tuttela Reaching into Shower Grabbing my penis pulling on it As Hard As He Could Which ripped Away public Hair As well. This Violated my Constitutional Rights Under Cruel And Unusual Punishment 8th Amendment! When officer Tuttela Sexually Assaulted me He Seen officer Rayfield Standing 2 feet Away from —

He Seen officer Ray Field Standing 2 feet Away from Him And Seen Horrified look on Ray Fields face that Seen Whole thing So officer Tuttela jokingly said, "Ray Field loves the Cock" And Walter Emery #10112-082 Also Seen entire thing Because He Was in Shower Stall 5 feet Away from Mine (Directly Across from My Shower) Walter Emery Seen Whole thing And Started Screaming to Get Sick Bastard Away from Showers As Did I And Rayfield Hollard For officer Tuttela to leave Area!

Clearly this was filed PREA Well Documented with Inspector General I filed PREA Report And Witness Statements were Also filed By officer Ray field And Walter Emery verifying this Sexual Assault occured.

Officer Tuttela Sexually Assaulted me, nearly pulled my penis off my Body, ripped Handful of Pubic Hair right off My Body!" "Clearly This is Not Protecting And Serving." Clearly My 8th Amendment Rights were Violated Because Nearly Having Penis Pulled off Body is Clearly Cruel And Unusual Punishment And Obviously this goes Along with "Zero Tolerance" FBOP Policy And ~~access~~ Clearly this Case Should Be Considered "Summary Judgement" in my favor Because No Dispute Facts I was Sexually Assaulted And I Should Be Entitled to Judgement. ~~Also~~ I'm on "PTSD" Medication Right Now for Night Terrors of Guards Attacking Me And My penis Has Not Gotten Hard Since I was Sexually Assaulted By Tuttela!

7.    Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

I Want out of FBOP Custody Right Now, Not weeks Not months later—Now! Do not Want to Be Near No More Guards that Could Attack Me—Suffer Severe Anxiety Around Guards "PTSD" Night Terror$ Want Money Damages of 5million Dollars!

I Cannot Get An Erection - Haven't Urinated Right Since Sexual Attack - Severe Night terrors of Guards Attacking - All Continuing Situations that Should Defigantly Render Me 5million Dollars in Money Damages And Immediate Release in A Summary Judgment Right Now - For Love of God Give Me Summary Judgment And Release Me Right Now Time Served With 5million in money Damages or Summon A Jury Trial And Subpeona Rayfield And Emory And lets see what 12 man Jury Thinks of Protect & Serve Tutel-- Zero Tolerance

8.   Do you request a jury or non-jury trial? (Check only one)

(X) Jury Trial  ( ) Non-Jury Trial

12 citizens

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___6th___ day of ___June___ , 20_2 0_

_Ronald Tuttle_

Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

_Ronald Tuttle_

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

_Officer "Tuttela" (Fort Dix NJ._
_FCI "CO")_

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No

(check one)

_(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)_

**I.      Parties in this complaint:**

A.      List your name, address and telephone number. Do the same for any additional   plaintiffs named. Attach
        additional sheets of paper as necessary.

Plaintiff       Name                _Ronald Tuttle # 22260-055_
                Street Address      _FCI-Oakdale 2, P.O. Box 5010_
                County, City        _Allen Parish (county)- Oakdale, LA._
                State & Zip Code    _Oakdale, LA. 71463_
                Telephone Number    _N/A_

B.     List all defendants.  You should state the full name of the defendants, even if that defendant is a government
       agency, an organization, a corporation, or an individual.  Include the address where each defendant can be
       served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.
       Attach additional sheets of paper as necessary.

Defendant No. 1          Name ___Officer Tuttela_____

                         Street Address ___Fort DIX NJ. FCI___

                         County, City _____

                         State & Zip Code ___New Jersey_____

Defendant No. 2          Name _____N/A_____

                         Street Address _____

                         County, City _____

                         State & Zip Code _____

Defendant No. 3          Name _____N/A_____

                         Street Address _____

                         County, City _____

                         State & Zip Code _____

Defendant No. 4          Name _____N/A_____

                         Street Address _____

                         County, City _____

                         State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1)
Federal Question - Under 28 U.S.C. § 1331, a case   involving the United States Constitution or federal laws or treaties
is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C.  §  1332, a case in which a citizen of one
state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case;
3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.     What is the basis for federal court jurisdiction? *(check all that apply)*

       ☐ Federal Questions              ☐ Diversity of Citizenship

       ☐ U.S. Government Plaintiff      ☒ U.S. Government Defendant

B.     If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at
       issue? _____

       _____

       _____

- 2 -

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? SHU Shower stall in — — fort Dix NJ, FCI

B. What date and approximate time did the events giving rise to your claim(s) occur? _____
Sunday December 16, 2018 At 9Am

C. Facts: I was in SHower stall in SHU At fort Dix NJ, FCI And Was Sexvally Assaulted By Co-officer Tuttela Reaching into Shower Stall Grabbing me By my penis And Pulling on my penis As Hard As He Could Rippin, Away A Handful of Pubic Hair from my Body, In A Viscious Sexual Assault that Has Rendered My Penis from Not Gatting Erect ever since And Not Urinating Right, Night terrors of Guards Attacking On PTSD meds. Very Clearly As Above At Ft. Dix SHU Shower Stall officer Tutella Reached into Shower And Yanked upon my penis As Hard As He Could tearing Away A Hand Fal of Pubic Hair As well in Viscious Sexual Assault upon me - Zero Tolerance PREA

[margin label: What happened to you?]
[margin label: Who did what?]

Ab one Else was involved in Incident But me And officer Tuttela

[margin label: Was anyone else involved?]

officer Rayfield - Duty officer - Seen entire Thing And was 2 feet Away Also both Walter Emery #10112-082 was 5ft Away And Seen Entire Thing As well - When officer Tutella seen officer Rayfield Seen whole thing officer Tutella Said "Rayfield loves the Cock" And Rayfield Screamed for tutella to leave Area As did I & Emery!

[margin label: Who else saw what happened?]

-3-

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I Had My penis Nearly pulled off My Body And A Handfull of public Hair Actually ripped Completely off My Body in this viscious Sexual Assault!! I've Not Urinated Right Since the Attack And Cannot Get An Erection At All I Have Night terrors of Guards Attacking Me And High Anxiety Daily And take PTSD Meds Because of this Event!!

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I want Immediate Release for time Served Because there is Supposed to Be Zero Tolerance of Sexual Assaults And I'm Beyond terrified of Guard Attacking Me - Night terrors - Nightmares Hear Keys Jingling So Clearly Sexual Assault PREA Zero Tolerance - Should Warrant Me Being Immediatly Released - time Served ASAP And 5 Million Dollars in Money Damages Are well In order Seeing My Manhood Has Been Destroyed Cannot Get Erection - Can't Urinate Right - PTSD - PTSD Medication - long term on All Mentioned Traumatized By Protect & Serve Guard that Visciously Attacked Me - PREA - Sexual Assault And Declare Summary Judgement is well in Order In this matter I'm Certain 12 Citizen Jurors would Agree that Protect & Serve officer Should Not Be Visciously Sexually Assaulting Person - And Want Emery & Ray Field Subpeonad if Go to Court - I Got Witness Statements Hand written From Both of them Verifying facts ASac!

"Again Summary Judgement" In this matter is well in order! -4-

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __6__ day of __June__, 20__20__.

Signature of Plaintiff __Ronald Tuttle / Ronald Tuttle__
Mailing Address __#22260-055__
__FCI-Oakdale 2__
__P.o. Box 5010, Oakdale, LA. 71463__
Telephone Number __N/A__
Fax Number *(if you have one)* __N/A__
E-mail Address __N/A__

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: